UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CASE NO. 1:12-cv-00688 |
| Plaintiff, : | OPINION & ORDER |
| : | [Resolving Doc. 113] |
| v. : | |
| TERRY L. FORTUNE, et al., : | |
| Defendants. : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff United States requests this Court order Defendant RBS Citizen's, N.A. to pay $4,767.90, together with any interest accrued on that amount, to the United States.[1] Plaintiff says Defendant was overpaid that amount under this Court's prior sale-proceeds distribution order. Defendant RBS Citizen's, N.A. assents to this request.[2]

The Court GRANTS Plaintiff's motion and ORDERS Defendant RBS Citizen's, N.A. to pay $4,767.90, together with any interest accrued on that amount, to the United States within 30 days of entry of this Order.

IT IS SO ORDERED.

Dated: March 8, 2022     s/ *James S. Gwin*
                         JAMES S. GWIN
                         UNITED STATES DISTRICT JUDGE

---

[1] Doc. 113.
[2] Counsel for Defendant RBS Citizen's, N.A. alerted counsel for the United States of this overpayment. Counsel for Defendant RBS Citizen's, N.A. reports that the overpayment amount is being held by him in his client trust-fund account.